UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua Ellis

    v.                                          Case No. 23-cv-561-LM-AJ

FCI Berlin

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 22, 2024 . The Warden's motion for summary judgment (document 3) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: September 17, 2024

cc:   Joshua Ellis, pro se
       Robert Rabuck, Esq.